IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **TERRY DUKES; ANN FONGHEISER; and ALAN WHITE,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**KANNACT, INC.,**<br><br>　　　　Defendant. | Civ. No. 6:23-cv-01132-AA<br><br>Member cases:<br>Civ. No. 6:23-cv-01288-AA<br>Civ. No. 6:23-cv-01297-AA<br><br><br>**JUDGMENT** |

_____

AIKEN, District Judge:

In accordance with the Final Approval of Class Action Settlement in these cases, the Court DISMISSES with prejudice the action, without costs and fees except as explicitly provided for in the Settlement Agreement, ECF No. 43.

It is so ORDERED. Dated this 13th day of June 2025.

　　　　　　　　　　　　　　　　　　　　_____/s/Ann Aiken_____

　　　　　　　　　　　　　　　　　　　　Ann Aiken
　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 – JUDGMENT